**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 15, 2011.**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00974-CV

_____

## WESTERN INTERNATIONAL GAS & CYLINDERS, INC. AND LORRIN WYNDELL SCRANTON, Appellants

## V.

## ERNEST CLIFTON MAHON, III, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF SHIRLEY FOREMAN MAHON, BROOKE MAHON LONGORIA, BLAKE JARRETT MAHON AND AGNES MCGEE FOREMAN, Appellees

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2010V-0131**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 13, 2011. On December 8, 2011, appellants filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1.

The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.